## HODGE *v.* IOWA.

No. 149, Misc.   Decided January 15, 1962.

Appellant *pro se.*

*Evan Hultman,* Attorney General of Iowa, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

MR. JUSTICE DOUGLAS is of the opinion certiorari should be granted.